UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINA ANN MEDINA<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | CASE NUMBER: 1:21-cv-00566-GSA<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS, TERMINATING AS MOOT APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND NEW CASE DOCUMENTS**<br><br>**(Docs. 2, 4)** |

On April 5, 2021 Plaintiff filed a complaint in this Court and applied to proceed without prepayment of fees (*in forma pauperis*) pursuant to 28 U.S.C. § 1915. Docs. 1–2. On April 7, 2021, the Court issued findings and recommendations to deny the application. Doc. 4. On April 19, 2021, Plaintiff paid the filing fee.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations (Doc. 4) are withdrawn as moot;

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is terminated as moot;

3. The Clerk of Court is directed to issue summons and new case documents, including a Scheduling Order (Social Security Appeal), Order Re Consent or Request for Reassignment, and notice and form of consent to proceed before a magistrate judge;

1

4.  Plaintiff shall serve the summons, complaint, notice and form of consent to proceed before a magistrate judge, a copy of the Scheduling Order, and a copy of this order on the Commissioner and file proof of service with the Court

5.  The Court will enter the stay pursuant to general order 615 after the summons is issued.

IT IS SO ORDERED.

Dated:   **April 20, 2021**                              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE