UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINA ANN MEDINA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | CASE NUMBER: 1:21-cv-566-GSA<br><br>**ORDER DIRECTING SERVICE** |

    Pursuant to paragraph one of the scheduling order (Doc. 3), "Except when other provision is made pursuant to an application to proceed in forma pauperis, within twenty (20) days of filing the complaint, appellant shall serve the summons, complaint, the notice and form of consent to proceed before a magistrate judge provided by Local Rule 305(a), and a copy of this order and file return of service with this court." Doc. 3 at 1. The complaint was filed on April 5, 2021, making the service deadline April 26, 2021. Because Plaintiff initially moved to proceed in forma pauperis before paying the filing fee, however, Plaintiff will be granted twenty days from the payment of the filing fee to serve the above documents and file a return of service with the Court.

    Accordingly, Plaintiff is directed to serve the above documents and file a return of service with the Court by May 10, 2021.

IT IS SO ORDERED.

    Dated:   **April 26, 2021**           **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE

1